IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MELANIE BRIGHT                                                                                          PLAINTIFF

v.                                             No. 4:17CV00048 JLH

ARKANSAS DEPARTMENT
OF HUMAN SERVICES                                                                                      DEFENDANT

### OPINION AND ORDER

Melanie Bright filed a *pro se* complaint against the Arkansas Department of Human Resources alleging discrimination in violation of Title VII of the Civil Rights Act of 1964. She has also filed a motion to proceed *in forma pauperis*, which the clerk of the court provisionally granted. Bright has now filed a motion for the Court to appoint counsel. The Eighth Circuit has directed courts to prescreen complaints filed by *in forma pauperis* litigants. *Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982). District courts are to determine whether the complaint should be dismissed under 28 U.S.C. § 1915(e)(2)(B). *Id.* Section 1915(e)(2)(B) authorizes a district court to dismiss "at any time" an *in forma pauperis* complaint that is (i) frivolous or malicious, (ii) fails to state a claim upon which relief may be granted, or (iii) seeks monetary relief from a defendant who is immune from such relief.

Bright filed a complaint with the Equal Employment Opportunity Commission on August 2, 2013, and received a right-to-sue letter from the U.S. Justice Department on September 19, 2014. When an aggrieved person files a charge with Commission against a governmental agency and the Commission or the Attorney General notifies the aggrieved person that it will not file a civil action, the aggrieved person must file a civil action "within ninety days after the giving of such notice." 42 U.S.C. § 2000e-5(f)(1); *see also Pennington v. Univ. of Ark. Bd. of Trs.*, 500 F. App'x 567 (8th Cir. 2013) (unpublished per curiam). Bright filed this civil action on January 25, 2017, which is

more than ninety days from September 19, 2014.  This action is untimely and must be dismissed for failure to state a claim upon which relief can be granted.  Fed. R. Civ. P. 12(b)(6).

Bright's motion for appointment of counsel is, therefore, denied as moot.

IT IS THEREFORE ORDERED THAT:

1. Bright's complaint is DISMISSED WITH PREJUDICE.  Document #2.

2. Bright's motion for appointment of counsel is DENIED as moot.  Document #4.

3. The Court certifies that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith.

DATED this 30th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE